UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

<u>SOUTHERN</u> DIVISION

<u>TIMOTHY MUNRO ROBERTS, PRO SE</u>
<u>AND 40,000+ OTHER CLASS MEMBERS</u>
<u>MIN/LOW RISK INCARCERATED AFTER</u>
<u>DEC 21, 2108 ON THE FSA ENACTMENT</u>
(Enter the full name of the Plaintiff[s] in this action)

vs.

<u>J.W. COX, WARDEN YANKTON FPC,</u>
<u>DIRECTOR OF THE BUREAU OF PRISONS,</u>
<u>MERRICK GARLAND, ATTORNEY GENERAL</u>

(Enter the full name of **ALL** Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.)

Case No. **22-CV-4121**
(To be assigned by Clerk of District Court)

## COMPLAINT

I.  State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a short and plain statement of the grounds for the court's jurisdiction.):

<u>The BOP did not adhere to the First Step Act Law and irreparably</u>
<u>harmed inmates by denying their application of their First Step Act</u>
<u>Earned Time Credits from the FSA Enactment date of December 21,</u>
<u>2018 through today with deliberation and intent to keep inmates</u>
<u>incarcerated longer and make the First Step Act fail. This denial caused</u>
<u>punitive and compensatory damages by keeping inmates incarcerated</u>
<u>longer by their refusals to apply these inmates rightfully owed credits.</u>

1

II. Plaintiff, Timothy Munro Roberts resides at

1461 Sycamore Manor Drive
(street address)
Chesterfield, Saint Louis County,
(city)           (county)
MO, 63017, 16367351657
(state) (zip) (telephone number)

(If more than one plaintiff, provide the same information for each plaintiff below)
I request that this court order the BOP to notify all inmates which were incarcerated at Yankton FPC and in the BOP from the FSA enactment date of December 21, 2018. that were minimum or low risk PATTERN scores with any FSA credit balances remaining on their Sentence Computation Sheets before release to Halfway House, Home Confinement or Supervised Release allowing them to register/participate in this class action lawsuit. I request that this court register this class of inmates to participate in this class action lawsuit and notify all.

III. Defendant, YANKTON FPC & BOP resides at, or its business is located at

1016 DOUGLAS AVENUE
(street address)
Yankton, Yankton County,
(city)        (county)
SD, 57078, 605-665-3262
(state) (zip) (telephone number)

(If more than one defendant, provide the same information for each defendant below)
I am requesting this court order the BOP to provide each inmates information with FSA balances that were Minimum or Low Risk and order the BOP pay to mail each inmate notice of participation in this class action suit.

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

The BOP denied application of FSA Earned Time Credits to all Minimum and Low Risk PATTERN scoring inmates incarcerated from the FSA enactment date of Dec 21, 2018. The BOP released inmates with zero or partial credits applied due to their own negligence and deliberation. The BOP caused punitive and monetary damages by not allowing these credits to be applied causing inmates to be incarcerated longer then they should of which was compounded due to the COVID pandemic and lockdowns which caused irreprable harm.

V. Relief (State briefly and exactly what you want the Court to do for you.)

Application of all FSA credits to all inmates in the BOP who has remaining FSA credits to reduce the terms in this order based on where each inmate is in their release process 1) halfway house 2) home confinement 3) supervised release. Any balance remaining would receive $1500/day compensatory and $1200/day punitive damages for each day the inmates were held over the incarceration times and irreprably harmed due to not being able to apply their FSA credits.

DSD 12-12

VI. **MONEY DAMAGES:**

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

    YES [ X ]    NO [   ]

B) If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages:
Any balance remaining would receive $1500/day compensatory and $1200/day punitive damages for each day the inmates were held over the incarceration times from not being able to apply their FSA credits.

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

    YES [ X ]    NO [   ]

VIII. Are you requesting a Jury Trial?

    YES [ X ]    NO [   ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __26__ day of __August__, 2022

Signature of Plaintiff[s]

**TIMOTHY MUNRO ROBERTS**
1461 Sycamore Manor Drive
Chesterfield, MO 63017

SAINT LOUIS MO  630

27 AUG 2022 PM 7  L



US DISTRICT COURT SOUTH DAKOTA
SOUTHERN DIVISION
400 South Phillips Avenue
Sioux Falls, SD 57104

**CONFIDENTIAL LEGAL DOCUMENTS**

57104-685162

