UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY MUNRO ROBERTS, Plaintiff, vs. J.W. COX, Warden Yankton FPC, in his official capacity; DIRECTOR OF THE BUREAU OF PRISONS, in her official capacity; MERRICK GARLAND, Attorney General, in his official capacity, Defendants. | 4:22-CV-04121-KES JUDGMENT |

Under the Order Granting Plaintiff's Motion for Leave to Proceed in Forma Pauperis and § 1915 Screening for Dismissal, it is

ORDERED, ADJUDGED, AND DECREED that Roberts's complaint (Docket 1) is dismissed without prejudice.

Dated January 20, 2023.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE